UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | No. 4:05cr00482 SNL (DDN) |
| | ) | |
| **MATTHEW PATEN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

Having received no objections by the defendant, Matthew Paten,

**IT IS HEREBY ORDERED** that United States Magistrate Judge David D. Noce Report and Recommendation (#21), filed October 27, 2005 is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the Defendant's Motion to Suppress Evidence and Statements (#15) be **DENIED** as moot.

Dated this 14th day of November, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE